In the Matter of THE STATE BANK OF CANASTOTA, Respondent.

GEORGE B. RUSSELL, Appellant.

(Argued November 20, 1933; decided December 5, 1933.)

*George B. Russell,* in person, for appellant.

*R. R. Calli* for respondent.

*Arthur Ofner, Warren C. Fielding, Leo C. Fennelly* and *Clarence I. Blau* for Carl J. Austrian, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.